IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICTS OF INDIANA

4:19-cv-0129 SEB-DML

Full name of plaintiff(s)

JAMES DARREN EASTRIDGE

vs

CASE NUMBER

Full name of defendant(s)

To be supplied by Clerk of Court

DAKOTA MORRIS, SHIREMAN
STEVEN DALE SHIREMAN
MERRY DUNCAN

A. PARTIES

1. Plaintiff is a citizen of INDIANA (STATE) and is located at 8835 Rabbit Hash Rd Elizabeth, IN 47117

2) Defendant DAKOTA Shireman

is if a person or private corporation a citizen of  INDIANA
(STATE)

and (if a person) resides at  313 W 7TH ST New Albany, IN 47150

and (if the defendant harmed you while doing the defendant's job) worked for Sellersburg Police Department, Aviation Surveilleince System

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell

1. Who violated your rights
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

2.) Defendant Steven Dale Shireman

is (if a person or private corporation a citizen of <u>INDIANA</u>
<u>STATE</u>

and if a person resides at <u>825 Applegate Ln</u>
<u>Clarksville, IN 47129</u>

and (if the defendant harmed you while doing the defendant's Job) <u>worked for Sellersburg police Dept, Aviation Survelleince System</u>

B. Statement of claim.
On the space provided on the following pages, tell

1. Who violated your rights
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

Defendants

"WHO" → 1. DAKOTA MORRIS, SHireman
and
2. STEVEN DALE SHireman

"WHEN" → ON DECEMBER 26, 2017 AT 10:04 pm

"WHAT" → (Slander) and (Harrassment) Def-of-Character
4th ADmendment Rights violations - invasion of privacy

"WHERE" → Social media - FACEBOOK, Sellersburg police Dept.
ConFiDenTial iNFormanT FoR Aviation Survellance System.

"WHY" → HATE crime, Cyber Bullying
confidential informant for Sellersburg police dept.
AND Clark Co-Sheriffs DepT

C. Jurisdiction

☑ I am suing for a violation of Federal Law under 28 U.S.C § 1331.

D. Relief Wanted

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking $18.3 million plus punitive and aggrevated circumstances plus pain and suffing included,
Defimation of character, slander

E. Jury Demand

☒ Jury Demand - I want a Jury to hear my case

OR

☐ Court Trial - I want a judge to hear my case

DATED THIS __15__ day of __April__ 2019

Respectfully Submitted

_James A. Eastinks_
Signature of Plaintiff

__27502__
Plaintiff's Prisoner ID Number

__P.O. Box 183__
__Elizabeth, IN 47117__
Mailing Address of Plaintiff