UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES DARREN EASTRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19-cv-00129-SEB-DML |
| ) | |
| DAKOTA MORRIS Shireman, ) | |
| STEVEN DALE Shireman, ) | |
| MERRY DUNCAN, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Date: 8/5/2019

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES DARREN EASTRIDGE
27502
CLARK COUNTY DETENTION CENTER
P.O. Box 183
Elizabeth, IN 47117

1